B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Middle District of Florida | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Set Materials, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**59-3221508** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**800 Hull Road**<br>**Ormond Beach, FL**<br>ZIP Code **32174** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Volusia** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | **800 Hull Road**<br>**Ormond Beach, FL 32174** |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br><br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**
■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Voluntary Petition<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Set Materials, Inc.** |
|---|---|

## All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

## Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>■ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)          (Date) |
|---|---|

## Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

## Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

## Information Regarding the Debtor - Venue
### (Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

## Certification by a Debtor Who Resides as a Tenant of Residential Property
### (Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**

**Set Materials, Inc.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** **/s/ Walter J. Snell** _____
Signature of Attorney for Debtor(s)

**Walter J. Snell 0729360**
Printed Name of Attorney for Debtor(s)

**Snell and Snell, P.A.**
Firm Name

**436 N Peninsula Drive**
**Daytona Beach, FL 32118**

_____
Address

**Email: snellandsnell@mindspring.com**
**386-255-5334 Fax: 386-255-5335**
Telephone Number

**July 1, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Scott A. Drewry** _____
Signature of Authorized Individual

**Scott A. Drewry**
Printed Name of Authorized Individual

**Vice President**
Title of Authorized Individual

**July 1, 2009**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## Middle District of Florida

In re    **Set Materials, Inc.**

                     Debtor

Case No. _____

Chapter                 **11**

# Exhibit "A" to Voluntary Petition

1. If any of debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is   **Not registered**  .

2. The following financial data is the latest available information and refers to debtor's condition on   **06/29/2009**  .

| | | |
|---|---|---|
| a. Total assets | $ | **3,449,435.00** |
| b. Total debts (including debts listed in 2.c.,below) | $ | **6,476,845.63** |

c. Debt securities held by more than 500 holders.

Approximate number of holders

| | | | | |
|---|---|---|---|---|
| secured / / | unsecured / / | subordinated / / | $ **0.00** | **0** |
| secured / / | unsecured / / | subordinated / / | $ **0.00** | **0** |
| secured / / | unsecured / / | subordinated / / | $ **0.00** | **0** |
| secured / / | unsecured / / | subordinated / / | $ **0.00** | **0** |
| secured / / | unsecured / / | subordinated / / | $ **0.00** | **0** |

| | | |
|---|---|---|
| d. Number of shares of preferred stock | **0** | **0** |
| e. Number of shares of common stock | **100** | **1** |

Comments, if any:

3. Brief description of debtor's business:
   **Land clearing; site preparation; concrete crushing and recycling**

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
   **Arthur Drewry 100% Stockholder**

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re   **Set Materials, Inc.**

                                          Debtor(s)

Case No. _____

Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Better Barricades, Inc<br>1725 Tiona Rd<br>New Smyrna Beach, FL 32168** | **Better Barricades, Inc<br>1725 Tiona Rd<br>New Smyrna Beach, FL 32168** | **services provided** | **Unliquidated<br>Disputed** | **57,802.10** |
| **Blacktop by Beede<br>4261 Cow Creek Road<br>Edgewater, FL 32141** | **Blacktop by Beede<br>4261 Cow Creek Road<br>Edgewater, FL 32141** | **services provided** | **Unliquidated<br>Disputed** | **86,610.01** |
| **Cat Financial Services<br>PO Box 730681<br>Dallas, TX 75373** | **Cat Financial Services<br>PO Box 730681<br>Dallas, TX 75373** | **966H Loader V/S** | **Contingent<br>Unliquidated** | **207,474.35<br><br>(180,000.00 secured)** |
| **Cat Financial Services<br>PO Box 730681<br>Dallas, TX 75373** | **Cat Financial Services<br>PO Box 730681<br>Dallas, TX 75373** | **TrailKing trailer V/S** | **Contingent<br>Unliquidated** | **91,654.12<br><br>(65,000.00 secured)** |
| **Commerce Bank<br>PO Box 411705<br>Kansas City, MO 64141** | **Commerce Bank<br>PO Box 411705<br>Kansas City, MO 64141** | **2006 31' Contender Boat** | **Contingent<br>Unliquidated** | **151,367.00<br><br>(92,000.00 secured)** |
| **County of Volusia<br>123 W Indiana Ave<br>Deland, FL 32720** | **County of Volusia<br>123 W Indiana Ave<br>Deland, FL 32720** | **dump fees** | **Disputed** | **54,066.91** |
| **County of Volusia<br>123 W Indiana Ave<br>Deland, FL 32720** | **County of Volusia<br>123 W Indiana Ave<br>Deland, FL 32720** | **2008 tangible taxes** | | **44,607.74** |
| **FCC<br>PO Box 56347<br>Jacksonville, FL 32241** | **FCC<br>PO Box 56347<br>Jacksonville, FL 32241** | **Scales** | **Contingent<br>Unliquidated** | **57,218.11<br><br>(25,000.00 secured)** |
| **FCC<br>PO Box 56347<br>Jacksonville, FL 32241** | **FCC<br>PO Box 56347<br>Jacksonville, FL 32241** | **Screener V/S** | **Contingent<br>Unliquidated** | **156,600.00<br><br>(125,000.00 secured)** |
| **FCC Equipment<br>PO Box 56347<br>Jacksonville, FL 32241** | **FCC Equipment<br>PO Box 56347<br>Jacksonville, FL 32241** | **loan deficiency** | **Unliquidated<br>Disputed** | **1,400,000.00** |

B4 (Official Form 4) (12/07) - Cont.

In re **Set Materials, Inc.**          Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Financial Federal Credit**<br>**4225 Naperville Rd, Ste 265**<br>**Lisle, IL 60532** | **Financial Federal Credit**<br>**4225 Naperville Rd, Ste 265**<br>**Lisle, IL 60532** | **Eagle 1200 Crusher** | **Contingent**<br>**Unliquidated** | **466,693.00**<br><br>**(290,000.00 secured)** |
| **Internal Revenue Service**<br>**P.O. Box 21126**<br>**Philadelphia, PA 19114** | **Internal Revenue Service**<br>**P.O. Box 21126**<br>**Philadelphia, PA 19114** | **2009 2nd Qtr. 941 taxes** | **Unliquidated** | **37,581.90** |
| **Lynch Oil Company**<br>**PO Box 4850667**<br>**Kissimmee, FL 34745** | **Lynch Oil Company**<br>**PO Box 4850667**<br>**Kissimmee, FL 34745** | **services provided** | **Unliquidated**<br>**Disputed** | **95,453.05** |
| **Magness Machinery**<br>**PO Box 5020**<br>**Lakeland, FL 33807** | **Magness Machinery**<br>**PO Box 5020**<br>**Lakeland, FL 33807** | **services provided** | **Unliquidated**<br>**Disputed** | **90,457.42** |
| **National City Bnk**<br>**PO Box 856176**<br>**Louisville, KY 40285** | **National City Bnk**<br>**PO Box 856176**<br>**Louisville, KY 40285** | **line of credit** | **Unliquidated**<br>**Disputed** | **85,846.24** |
| **Riverside Bank**<br>**PO Box 400**<br>**Fort Pierce, FL 34954** | **Riverside Bank**<br>**PO Box 400**<br>**Fort Pierce, FL 34954** | **loan deficiency** | **Unliquidated** | **48,957.00** |
| **Riverside Bank**<br>**PO Box 400**<br>**Fort Pierce, FL 34954** | **Riverside Bank**<br>**PO Box 400**<br>**Fort Pierce, FL 34954** | **2007 Chevrolet Silverado** | **Contingent**<br>**Unliquidated** | **54,105.67**<br><br>**(24,980.00 secured)** |
| **Riverside Bank**<br>**PO Box 400**<br>**34954** | **Riverside Bank**<br>**PO Box 400**<br>**34954** | **loan deficiency**<br>**2007 Chevrolet Silverado V/S** | **Unliquidated**<br>**Disputed** | **48,957.00**<br><br>**(24,980.00 secured)** |
| **Self Trucking**<br>**PO Box 214642**<br>**Daytona Beach, FL 32121** | **Self Trucking**<br>**PO Box 214642**<br>**Daytona Beach, FL 32121** | **services provided** | **Unliquidated**<br>**Disputed** | **41,654.71** |
| **Sunshine State Community Ban**<br>**4777 Clyde Morris Boulevard**<br>**Port Orange, FL 32129** | **Sunshine State Community Ban**<br>**4777 Clyde Morris Boulevard**<br>**Port Orange, FL 32129** | **Excavator 304, Excavator 318, 938 G Wheel Loader, 966 G Wheel Loader, 277 Skidsteer, 277B Skidsteer, Rebar Shear, Eagle Skid Plant, 2005 Mack Dump 236** | **Contingent**<br>**Unliquidated** | **1,675,000.00**<br><br>**(1,488,120.00 secured)** |

**B4 (Official Form 4) (12/07) - Cont.**

In re  **Set Materials, Inc.**                                                    Case No. _____

                              Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

          I, the Vice President of the corporation named as the debtor in this case, declare under penalty of perjury that I
have read the foregoing list and that it is true and correct to the best of my information and belief.


Date  **July  1, 2009**                                    Signature  **/s/ Scott A. Drewry**
                                                                      **Scott A. Drewry**
                                                                      **Vice President**


          *Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court
## Middle District of Florida

In re    **Set Materials, Inc.**                                          ,
                    Debtor

Case No. _____

Chapter _____ **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 675,000.00 | | |
| B - Personal Property | Yes | 5 | 3,160,055.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 5 | | 4,297,292.11 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 136,256.55 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 12 | | 2,065,095.52 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I -  Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J -  Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 27 | | | |
| Total Assets | | | 3,835,055.00 | | |
| Total Liabilities | | | | 6,498,644.18 | |

# United States Bankruptcy Court
## Middle District of Florida

In re    **Set Materials, Inc.**                                                   ,       Case No. _____

                                        Debtor

                                        Chapter                     **11**         

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re  **Set Materials, Inc.**
_____ ,  Case No. _____
　　　　　　　　　　　　　　　　　　　Debtor

# SCHEDULE A - REAL PROPERTY

　　　Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

　　　**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

　　　If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **The Northerly 348.48 feet of the Southerly 1338.48 feet of the Westerly 1500 feet of George Anderson Grant in Section 38, Township 14 south, Range 32 East, Volusia County, Florida a/k/a 800 Hull Road, Ormond Beach FL** | **Fee simple** | - | 450,000.00 | 450,000.00 |
| **Lots 10 to 17 inclusive, Block 4, Tomoka Heights Subdivision, an unrecorded plat, being a part of Section 38, Township 14 south, Range 32 East and more particularly described as follows a/k/a 40 Holly St, Ormond Beach, Florida** | **Fee simple** | - | 225,000.00 | 225,000.00 |

|  |  |  |
|---|---|---|
| Sub-Total > | 675,000.00 | (Total of this page) |
| Total > | 675,000.00 | |

　**0**　 continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037　　　　　　　　　　　　　　　　　　　　　　　Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re  **Set Materials, Inc.**                                           ,          Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Sunshine State Community Bank - Checking account #1326** | - | 2,000.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >          2,000.00
(Total of this page)

__4__  continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Set Materials, Inc.**
_____,     Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts receivable** | **-** | **200,000.00** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

                                                    Sub-Total >         **200,000.00**
                                                    (Total of this page)

Sheet    **1**    of    **4**    continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6B (Official Form 6B) (12/07) - Cont.

In re __Set Materials, Inc._____,   Case No. _____
                                                            Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2007 Chevrolet K1500 | - | 22,800.00 |
| | | 2007 Silverado | - | 21,300.00 |
| | | Tahoe Lease | - | 0.00 |
| | | Expedition | - | 11,075.00 |
| | | 2007 Chevrolet Silverado | - | 24,980.00 |
| | | 2005 Ford F250 | - | 14,000.00 |
| | | 2004 Ford F250 | - | 5,200.00 |
| | | 2003 Ford F250 | - | 3,500.00 |
| | | 2002 Ford F350 - not running | - | 1,000.00 |
| | | 2003 Ford F550 | - | 10,200.00 |
| | | 2003 Ford F550 | - | 9,900.00 |
| | | 2002 Ford F250 | - | 3,500.00 |
| | | 2002 Ford F250 | - | 3,500.00 |
| | | 2004 Gooseneck Trailer | - | 1,000.00 |
| | | 1981 Fruehauf Dump Trailer | - | 800.00 |
| | | 1998 Ford Pick Up | - | 1,000.00 |

                                        Sub-Total >        133,755.00
                                     (Total of this page)

Sheet __2__ of __4__ continuation sheets attached
to the Schedule of Personal Property

In re   **Set Materials, Inc.**                                    ,   Case No. _____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **D5G Dozer V/S** | - | 25,000.00 |
| 26.  Boats, motors, and accessories. | | **2006 31' Contender Boat** | - | 92,000.00 |
| 27.  Aircraft and accessories. | X | | | |
| 28.  Office equipment, furnishings, and supplies. | | **5 wood desks; 1 computer stand; 4 office chairs; 3 Dell computers; 2 Dell laptop computers; 1 bookshelf; 4 metal filing  cabinets; 4 telephones** | - | 5,600.00 |
| 29.  Machinery, fixtures, equipment, and supplies used in business. | | **Excavator 304, Excavator 318, 938 G Wheel Loader, 966 G Wheel Loader, 277 Skidsteer, 277B Skidsteer, Rebar Shear, Eagle Skid Plant, 2005 Mack Dump 23641, 2005 Mack Dump 23644, 2003 Mack Dump 3007, 2004 Mack Dump 6129, 2005 Mack Dump 6150, 2005 Mack Dump 6151, 2005 Mack Dump 6152, Cat 325 Excavator, Cat 902 Loader, 1996 Mack Dump 8277, 1996 Mac Dump 8278, 1996 Mack Dump 8279, Montone Dump Trailer** | | 1,488,120.00 |
| | | **Eagle 1200 Crusher** | - | 290,000.00 |
| | | **966 G Loader V/S** | - | 180,000.00 |
| | | **330DL Excavator** | - | 215,000.00 |
| | | **966H Loader V/S** | - | 180,000.00 |
| | | **Kenworth Water Truck V/S** | - | 45,890.00 |
| | | **TrailKing trailer V/S** | - | 65,000.00 |
| | | **Kenworth Water Truck V/S** | - | 45,890.00 |
| | | **GPS Units** | - | 1,500.00 |
| | | **Cat compactor V/S** | - | 38,500.00 |
| | | **Scalehhouse trailer** | - | 1,800.00 |
| | | **Scales** | - | 25,000.00 |
| | | **Screener V/S** | - | 125,000.00 |
| 30.  Inventory. | X | | | |
| 31.  Animals. | X | | | |

Sub-Total >        **2,824,300.00**
(Total of this page)

Sheet __3__ of __4__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

7/01/09  5:14PM

In re    **Set Materials, Inc.**
_____,    Case No. _____
                            Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 0.00 |
| (Total of this page) | |
| Total > | 3,160,055.00 |

Sheet __4__ of __4__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re     **Set Materials, Inc.** ,                                    Case No. _____

                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐     Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. **4903**  <br><br>**Bank of the West**  <br>**P.O. Box 4002**  <br>**Concord, CA 94524-4002** | | | - | | Purchase Money Security  <br><br>Cat compactor V/S | X | X | | | |
| | | | | | Value $              38,500.00 | | | | 54,000.00 | 15,500.00 |
| Account No. **9000**  <br><br>**Cat Financial Services**  <br>**PO Box 730681**  <br>**Dallas, TX 75373** | | | - | | Purchase Money Security  <br><br>966 G Loader V/S | X | X | | | |
| | | | | | Value $            180,000.00 | | | | 186,096.51 | 6,096.51 |
| Account No. **1000**  <br><br>**Cat Financial Services**  <br>**PO Box 730681**  <br>**Dallas, TX 75373** | | | - | | Purchase Money Security  <br><br>330DL Excavator | | | | | |
| | | | | | Value $            215,000.00 | | | | 215,000.00 | 0.00 |
| Account No. **1000**  <br><br>**Cat Financial Services**  <br>**PO Box 730681**  <br>**Dallas, TX 75373** | | | - | | Purchase Money Security  <br><br>966H Loader V/S | X | X | | | |
| | | | | | Value $            180,000.00 | | | | 207,474.35 | 27,474.35 |

___4___ continuation sheets attached

Subtotal  
(Total of this page)         662,570.86          49,070.86

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                 Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re __Set Materials, Inc._____,    Case No. _____
                                    Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **7302** <br><br>**Cat Financial Services** <br>**PO Box 730681** <br>**Dallas, TX 75373** | - | | **Purchase Money Security** <br><br>**Kenworth Water Truck V/S** <br><br> Value $ **45,890.00** | X | X | | 55,376.89 | 9,486.89 |
| Account No. **7000** <br><br>**Cat Financial Services** <br>**PO Box 730681** <br>**Dallas, TX 75373** | - | | **Purchase Money Security** <br><br>**TrailKing trailer V/S** <br><br> Value $ **65,000.00** | X | X | | 91,654.12 | 26,654.12 |
| Account No. **1000** <br><br>**Cat Financial Services** <br>**PO Box 730681** <br>**Dallas, TX 75373** | - | | **Purchase Money Security** <br><br>**Kenworth Water Truck V/S** <br><br> Value $ **45,890.00** | X | X | | 55,606.67 | 9,716.67 |
| Account No. **1004** <br><br>**Commerce Bank** <br>**PO Box 411705** <br>**Kansas City, MO 64141** | - | | **Purchase Money Security** <br><br>**2006 31' Contender Boat** <br><br> Value $ **92,000.00** | X | X | | 151,367.00 | 59,367.00 |
| Account No. **4005** <br><br>**FCC** <br>**PO Box 56347** <br>**Jacksonville, FL 32241** | - | | **Purchase Money Security** <br><br>**Scalehouse trailer** <br><br> Value $ **1,800.00** | | | | 5,725.98 | 3,925.98 |

Sheet __1___ of __4___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)        359,730.66        109,150.66

7/01/09 5:14PM

In re **Set Materials, Inc.** _____, Case No. _____
                                            Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **4010**<br><br>**FCC**<br>**PO Box 56347**<br>**Jacksonville, FL 32241** | - | | **Purchase Money Security**<br><br>**Scales**<br><br>Value $ **25,000.00** | X | X | | 57,218.11 | 32,218.11 |
| Account No. **4004**<br><br>**FCC**<br>**PO Box 56347**<br>**Jacksonville, FL 32241** | - | | **Purchase Money Security**<br><br>**Screener V/S**<br><br>Value $ **125,000.00** | X | X | | 156,600.00 | 31,600.00 |
| Account No. **6907**<br><br>**Financial Federal Credit**<br>**4225 Naperville Rd, Ste 265**<br>**Lisle, IL 60532** | - | | **Purchase Money Security**<br><br>**Eagle 1200 Crusher**<br><br>Value $ **290,000.00** | X | X | | 466,693.00 | 176,693.00 |
| Account No. **2827**<br><br>**Ford Motor Credit Company**<br>**P.O. Box 105697**<br>**Atlanta, GA 30348-5697** | - | | **Purchase Money Security**<br><br>**2005 Ford Expedition**<br><br>Value $ **11,075.00** | | | | 12,800.32 | 1,725.32 |
| Account No. **9939**<br><br>**GMAC**<br>**PO Box 78234**<br>**Phoenix, AZ 85062** | - | | **Purchase Money Security**<br><br>**2007 Chevrolet K1500**<br><br>Value $ **22,800.00** | | | | 38,711.64 | 15,911.64 |

Sheet **2** of **4** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| 732,023.07 | 258,148.07 |

In re **Set Materials, Inc.** _____,    Case No. _____
                                                        Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **5461** <br><br> **GMAC** <br> **PO Box 78234** <br> **Phoenix, AZ 85062** | - | | Purchase Money Security <br><br> **2007 Silverado** <br><br><br> Value $          **21,300.00** | | | | 34,273.00 | 12,973.00 |
| Account No. <br><br> **Lease Corp of America** <br> **3150 Livernois, Ste 300** <br> **Troy, MI 48083** | - | | Purchase Money Security <br><br> **GPS Units** <br><br><br> Value $            **1,500.00** | | | | 9,400.00 | 7,900.00 |
| Account No. **8955** <br><br> **Riverside Bank** <br> **PO Box 400** <br> **34954** | - | | Purchase Money Security <br><br> **loan deficiency** <br> **2007 Chevrolet Silverado V/S** <br><br> Value $          **24,980.00** | X | X | | 48,957.00 | 23,977.00 |
| Account No. **4255** <br><br> **Riverside Bank** <br> **PO Box 400** <br> **Fort Pierce, FL 34954** | - | | Purchase Money Security <br><br> **2007 Chevrolet Silverado** <br><br><br> Value $          **24,980.00** | X | X | | 54,105.67 | 29,125.67 |
| Account No. **2422** <br><br> **Sterling Nat'l Bank** <br> **PO Box 1570** <br> **New York, NY 10008** | - | | **D5G Dozer V/S** <br><br><br><br> Value $          **25,000.00** | X | X | | 34,556.85 | 9,556.85 |

Sheet __**3**__ of __**4**__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| 181,292.52 | 83,532.52 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re  **Set Materials, Inc.**                                              , Case No. _____

                           Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>Sunshine State Community Ban<br>4777 Clyde Morris Boulevard<br>Port Orange, FL 32129 | | - | Equipment<br>Excavator 304, Excavator 318, 938 G Wheel Loader, 966 G Wheel Loader, 277 Skidsteer, 277B Skidsteer, Rebar Shear, Eagle Skid Plant, 2005 Mack Dump 23641, 2005 Mack Dump 23644, 2003 Mack Dump 3007, 2004 Mack Dump 6129, 2005 Mack Dump 6150, 2 | X | X | | 1,675,000.00 | 186,880.00 |
| | | | Value $               1,488,120.00 | | | | | |
| Account No. 0104 <br><br>Sunshine State Community Ban<br>4777 Clyde Morris Boulevard<br>Port Orange, FL 32129 | | - | First Mortgage<br>The Northerly 348.48 feet of the Southerly 1338.48 feet of the Westerly 1500 feet of George Anderson Grant in Section 38, Township 14 south, Range 32 East, Volusia County,  Florida a/k/a 800 Hull Road, Ormond Beach FL | X | X | | 450,000.00 | 0.00 |
| | | | Value $                 450,000.00 | | | | | |
| Account No. <br><br>Sunshine State Community Ban<br>4777 Clyde Morris Boulevard<br>Port Orange, FL 32129 | | - | Lots 10 to 17 inclusive, Block 4, Tomoka Heights Subdivision, an unrecorded plat, being a part of Section 38, Township 14  south, Range 32 East and more particularly described as follows a/k/a 40 Holly St, Ormond Beach, Florida | X | X | | 225,000.00 | 0.00 |
| | | | Value $                 225,000.00 | | | | | |
| Account No. 7337 <br><br>SunTrust<br>PO Box 85160<br>Richmond, VA 23285 | | - | Purchase Money Security<br><br>2005 Ford F250 | | | | 11,675.00 | 0.00 |
| | | | Value $                  14,000.00 | | | | | |
| Account No. <br><br> | | | | | | | | |
| | | | Value $ | | | | | |

Sheet __4__ of __4__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | 2,361,675.00 | 186,880.00 |
| Total<br>(Report on Summary of Schedules) | 4,297,292.11 | 686,782.11 |

B6E (Official Form 6E) (12/07)

In re   **Set Materials, Inc.**                                                        ,          Case No. _____
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts _not_ entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

__1__   continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re **Set Materials, Inc.**            Case No. _____
_____,
                  Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **0037 LDF** <br><br> **County of Volusia 123 W Indiana Ave Deland, FL 32720** | - | | **dump fees** | | | X | 54,066.91 | 0.00 | 54,066.91 |
| Account No. <br><br> **County of Volusia 123 W Indiana Ave Deland, FL 32720** | - | | **2008 tangible taxes** | | | | 44,607.74 | 0.00 | 44,607.74 |
| Account No. <br><br> **Internal Revenue Service P.O. Box 21126 Philadelphia, PA 19114** | - | | **2009 2nd Qtr. 941 taxes** | | X | | 37,581.90 | 0.00 | 37,581.90 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet **1** of **1** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 136,256.55 | 0.00 / 136,256.55 |
| Total (Report on Summary of Schedules) | 136,256.55 | 0.00 / 136,256.55 |

7/01/09 5:14PM

In re __Set Materials, Inc._____,   Case No. _____
                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor has no creditors with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | |
| Account No. **0418** <br><br> **A.O.K. Tire Mart** <br> **PO Box 1986** <br> **Sanford, FL 32772** | | - | | | purchases | | X | X | 11,595.55 |
| Account No. <br><br> **AC Hydraulics** <br> **405 Loomis Ave** <br> **Daytona Beach, FL 32114** | | - | | | purchases | | X | X | 1,858.62 |
| Account No. **6TX9** <br><br> **Airgas South** <br> **PO Box 5326909** <br> **Atlanta, GA 30353** | | - | | | services provided | | X | X | 3,183.66 |
| Account No. <br><br> **Asphalt Electrical Repair** <br> **PO Box 577** <br> **Polk City, FL 33868** | | - | | | services provided | | X | X | 677.76 |

___11__  continuation sheets attached

Subtotal
(Total of this page)           17,315.59

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    S/N:12013-090528    Best Case Bankruptcy

In re __Set Materials, Inc._____,  Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | services provided | | | | |
| B&B Fastener 291 South Yonge St Ormond Beach, FL 32174 | - | | | | | | X | X | 572.39 |
| Account No. | | | | | services provided | | | | |
| Bechtol Engineering 605 W New York Avenue Deland, FL 32720 | - | | | | | | X | X | 1,337.50 |
| Account No. | | | | | services provided | | | | |
| Better Barricades, Inc 1725 Tiona Rd New Smyrna Beach, FL 32168 | - | | | | | | X | X | 57,802.10 |
| Account No. | | | | | services provided | | | | |
| Blacktop by Beede 4261 Cow Creek Road Edgewater, FL 32141 | - | | | | | | X | X | 86,610.01 |
| Account No. | | | | | services provided | | | | |
| Boulevard Tire Center 816 South Woodland Blvd. Deland, FL 32720 | - | | | | | | | X | 1,019.73 |

Sheet no. __1__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

147,341.73

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re **Set Materials, Inc.** _____ , Case No. _____

                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. **32254** | | | | | services provided | | | | |
| **Boulevard Tire Jacksonville** **828 N Edgewood Ave** **Jacksonville, FL 32254** | - | | | | | | | X | 186.39 |
| Account No. **8901** | | | | | services provided | | | | |
| **Brighthouse Networks** **PO Box 628073** **Orlando, FL 32862** | - | | | | | | | | 154.75 |
| Account No. **1401** | | | | | services provided | | | | |
| **Brighthouse Networks** **PO Box 628073** **Orlando, FL 32862** | - | | | | | | | | 129.75 |
| Account No. **5640** | | | | | services provided | | | | |
| **Central Hydraulics** **1580 N Nova Rd** **Daytona Beach, FL 32114** | - | | | | | | X | | 4,341.47 |
| Account No. | | | | | services provided | | | | |
| **Certified Slings** **PO Box 180127** **Casselberry, FL 32718** | - | | | | | | | | 111.93 |

Sheet no. __**2**__ of __**11**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                       Subtotal
(Total of this page)      **4,924.29**

7/01/09  5:14PM

In re    **Set Materials, Inc.**
_____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **2295** | | | | | services provided | | | | |
| **Cintas Corp** **PO Box 11765** **Daytona Beach, FL 32120** | - | | | | | | | | |
| | | | | | | | | | 1,096.06 |
| Account No. **4923** | | | | | services provided | | | | |
| **Cintas Corp - Jacksonville** **1595 Transport Court** **Jacksonville, FL 32218** | - | | | | | | | | |
| | | | | | | | | | 288.36 |
| Account No. **0849** | | | | | services provided | | | | |
| **Culligan Water** **PO Box 9307** **Daytona Beach, FL 32120** | - | | | | | | | | |
| | | | | | | | | | 92.07 |
| Account No. | | | | | services | | | | |
| **East Coast Mobile Hydraulics** **42 Holly Street** **Ormond Beach, FL 32174** | - | | | | | | X | X | |
| | | | | | | | | | 10,748.14 |
| Account No. **8000** | | | | | services provided | | | | |
| **Epperson & Company** **8180 Normandy Blvd** **Jacksonville, FL 32221** | - | | | | | | X | X | |
| | | | | | | | | | 2,420.41 |

Sheet no. __3__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

14,645.04

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re **Set Materials, Inc.** _____,  Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5094** | | | | | services provided | | | | |
| **Fairbanks Scales** **PO Box 802796** **Kansas City, MO 64180** | - | | | | | | | X | 1,123.50 |
| Account No. | | | | | loan deficiency | | | | |
| **FCC Equipment** **PO Box 56347** **Jacksonville, FL 32241** | - | | | | | | X | X | 1,400,000.00 |
| Account No. **1700** | | | | | services provided | | | | |
| **Florida Detroit Diesel** **PO Box 16595** **Jacksonville, FL 32245** | - | | | | | | | X | 11,462.68 |
| Account No. **4893** | | | | | services provided | | | | |
| **HD Supply** **PO Box 535209** **Atlanta, GA 30353** | - | | | | | | | X | 422.94 |
| Account No. **8711** | | | | | services provided | | | | |
| **JJ Keller & Associates** **PO Box 548** **Neenah, WI 54957** | - | | | | | | | X | 103.96 |

Sheet no. __4__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  1,413,113.08

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy

In re **Set Materials, Inc.** _____, Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **1682** | | | | services provided | | | | |
| **Lynch Oil Company** **PO Box 4850667** **Kissimmee, FL 34745** | - | | | | | X | X | 95,453.05 |
| Account No. | | | | services provided | | | | |
| **Magness Machinery** **PO Box 5020** **Lakeland, FL 33807** | - | | | | | X | X | 90,457.42 |
| Account No. **2488** | | | | services provided | | | | |
| **Magotteaux, Inc** **725 Cool Springs Blvd** **Franklin, TN 37067** | - | | | | | X | X | 13,577.91 |
| Account No. **0110** | | | | services provided | | | | |
| **Miller Bros Tires** **PO Box 3667** **Irmo, SC 29063** | - | | | | | | X | 5,034.40 |
| Account No. **2105** | | | | services provided | | | | |
| **Miller Wire Works** **PO Box 610280** **Birmingham, AL 35261** | - | | | | | | X | 2,571.63 |

Sheet no. __5__ of __11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**207,094.41**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **Set Materials, Inc.**                                              ,        Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **7867** | | | services provided | | | | |
| **Moore Medical** PO Box 2620 New Britain, CT 06050 | - | | | | | X | 520.09 |
| Account No. **5858** | | | services provided | | | | |
| **NAPA** PO Box 409043 Atlanta, GA 30384 | - | | | | X | X | 4,633.36 |
| Account No. **5864** | | | credit card purchases | | | | |
| **National City** PO Box 856176 Louisville, KY 40285 | - | | | | | X | 4,000.00 |
| Account No. **3425** | | | line of credit | | | | |
| **National City Bnk** PO Box 856176 Louisville, KY 40285 | - | | | | X | X | 85,846.24 |
| Account No. **7411** | | | services provided | | | | |
| **Nextel** PO Box 4181 Carol Stream, IL 60197 | - | | | | | X | 2,878.04 |

Sheet no. __6__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          97,877.73

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

In re **Set Materials, Inc.** ,                Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J | C | | | | | |
| Account No. **5319** | | | | | | services provided | | | | |
| Nextran Orlando Mack 2220 W Landstreet Orlando, FL 32809 | - | | | | | | | | X | 3,629.13 |
| Account No. **4954** | | | | | | services provided | | | | |
| Nortrax 21310 Network Place Chicago, IL 60673 | - | | | | | | | | X | 1,033.38 |
| Account No. **8746** | | | | | | services provided | | | | |
| Pemberton, Inc PO Box 52100 Longwood, FL 32752 | - | | | | | | | | X | 1,759.36 |
| Account No. | | | | | | services provided | | | | |
| Poob Development PO Box 1626 Ormond Beach, FL 32174 | - | | | | | | | X | X | 7,056.00 |
| Account No. **8098** | | | | | | services provided | | | | |
| Power Screen of Florida, Inc PO Box 5802 Lakeland, FL 33807 | - | | | | | | | | X | 1,293.60 |

Sheet no. __7__ of __11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)           14,771.47

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

In re  **Set Materials, Inc.** ,                           Case No. _____

  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**R & R Dozer** <br>**PO Box 731438** <br>**Ormond Beach, FL 32175** | - | | services provided | | | X | 1,910.61 |
| Account No. **4889** <br><br>**Raney's Truck Parts, Inc** <br>**PO Box 1478** <br>**Ocala, FL 34482** | - | | services provided | | X | X | 4,323.40 |
| Account No. **1342** <br><br>**Ringhaver** <br>**PO Box 116987** <br>**Atlanta, GA 30368** | - | | services provided | | | X | 5,654.95 |
| Account No. <br><br>**Riverside Bank** <br>**PO Box 400** <br>**Fort Pierce, FL 34954** | - | | loan deficiency | | X | | 48,957.00 |
| Account No. **7850** <br><br>**Safe** <br>**135 S La Salle St** <br>**Chicago, IL 60674** | - | | services provided | | | X | 261.13 |

Sheet no.  **8**  of  **11**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                   **61,107.09**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

7/01/09 5:14PM

In re **Set Materials, Inc.** _____ ,     Case No. _____
                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **6181** | | | | | services provided | | | | |
| Safety-Kleen PO Box 650509 Dallas, TX 75265 | - | | | | | | | X | |
| | | | | | | | | | 378.98 |
| Account No. | | | | | services provided | | | | |
| Self Trucking PO Box 214642 Daytona Beach, FL 32121 | - | | | | | | X | X | |
| | | | | | | | | | 41,654.71 |
| Account No. **8116** | | | | | purchases | | | | |
| Shell Oil Company PO Box 9016 Des Moines, IA 50368 | - | | | | | | | X | |
| | | | | | | | | | 5,678.73 |
| Account No. | | | | | services provided | | | | |
| Signs Now 1757 N Nova Rd Holly Hill, FL 32117 | - | | | | | | | X | |
| | | | | | | | | | 881.11 |
| Account No. | | | | | services provided | | | | |
| South Daytona Tractor 3000 A S. Ridgewood Ave South Daytona, FL 32119 | - | | | | | | | X | |
| | | | | | | | | | 154.35 |

Sheet no. __9___ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

48,747.88

In re    **Set Materials, Inc.**                       ,     Case No. _____

                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **4183** <br><br> **SunTurst Bank Card** <br> **P.O.Box 791250** <br> **Baltimore, MD 21279** | - | | | credit card purchases | | X | X | 3,543.18 |
| Account No. <br><br> **Traxxis** <br> **1750 Highway 160 West** <br> **Fort Mill, SC 29708** | - | | | services provided | | | X | 990.00 |
| Account No. **4142** <br><br> **Universal Truck Parts** <br> **4171 LB McLeod** <br> **Orlando, FL 32811** | - | | | services provided | | | X | 4,792.50 |
| Account No. **1460** <br><br> **Waste Management** <br> **PO Box 9001054** <br> **Louisville, KY 40290** | - | | | services provided | | | X | 385.34 |
| Account No. <br><br> **Westwind Contracting** <br> **3501 West Hallandale Beach B** <br> **Pembroke Park, FL 33023** | - | | | materials | | X | X | 23,518.55 |

Sheet no. __**10**__ of __**11**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

               Subtotal      **33,229.57**
            (Total of this page)

In re __Set Materials, Inc._____,    Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **White Cap Construction** Dept 535209 Atlanta, GA 30353 | - | | services provided | | | X | 400.36 |
| Account No. **6375** **Wright Express** PO Box 6293 Carol Stream, IL 60197 | - | | services provided | | X | X | 4,349.77 |
| Account No. **Zep Manufacturing** 425 Franklin Rd, #530 Marietta, GA 30067 | - | | services provided | | | X | 177.51 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __11__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal (Total of this page) | 4,927.64 |
|---|---|---|
|  | Total (Report on Summary of Schedules) | 2,065,095.52 |

B6G (Official Form 6G) (12/07)

In re  **Set Materials, Inc.**                                                                 ,    Case No. _____
                                        Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **GMAC**<br>**PO Box 78234**<br>**Phoenix, AZ 85062** | **2007 Tahoe Lease #8044** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6H (Official Form 6H) (12/07)

In re   **Set Materials, Inc.**
_____,   Case No. _____
                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Arthur Drewry**<br>**5964 Trailwood Drive**<br>**Port Orange, FL 32127** | **Sunshine State Community Ban**<br>**4777 Clyde Morris Boulevard**<br>**Port Orange, FL 32129** |
| **Arthur Drewry**<br>**5964 Trailwood Dr.**<br>**Port Orange, FL 32129** | **Commerce Bank**<br>**P.O. Box 807011**<br>**Kansas City, MO 64180** |
| **Arthur Drewry**<br>**5964 Trailwood Dr.**<br>**Port Orange, FL 32129** | **FCC**<br>**PO Box 56347**<br>**Jacksonville, FL 32241** |
| **Eric Drewry**<br>**4242 Hidden Lakes**<br>**Port Orange, FL 32129** | **Financial Federal  Credit**<br>**4225 Naperville Road**<br>**Suite 265**<br>**Port Orange, FL 32129** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

# United States Bankruptcy Court
## Middle District of Florida

In re    __Set Materials, Inc.__               Case No.                     

                                           Debtor(s)         Chapter    __11__

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the Vice President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __29__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    __July 1, 2009__                         Signature    __/s/ Scott A. Drewry__

                                                         **Scott A. Drewry**
                                                         **Vice President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re    **Set Materials, Inc.**                          Case No.                                  

                                        Debtor(s)          Chapter     **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$8,747,453.00** | **2007: Gross Sales Set Materials, Inc.** |
| **$2,112,631.05** | **2009 YTD: Gross sales Set Materials, Inc.** |
| **$3,697,933.60** | **2008: Gross Sales Set Materials, Inc.** |

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **EXHIBIT 'C' ATTACHED** | | **$0.00** | **$0.00** |

None
☐

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Arthur Drewry P/S/T**<br>**100% Stockholder**<br>**5964 Trailwood Dr.**<br>**Port Orange, FL 32129**<br>    **President** | **2008 loan repayment** | **$15,000.00** | **$0.00** |
| **Arthur Drewry P/S/T**<br>**100% Stockholder**<br>**5964 Trailwood Dr.**<br>**Port Orange, FL 32129**<br>    **President** | **2009 loan repayment** | **$26,000.00** | **$0.00** |

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
■

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None ■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 5. Repossessions, foreclosures and returns

None ☐   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **FCC**<br>**PO Box 56347**<br>**Jacksonville, FL 32241** | **February, 2009** | **27 various pieces of equipment including 2 track hoes; 7 trucks; 1 crusher - approximate value $600,000.00** |
| **Riverside National Bank of F**<br>**P. O. Box 400**<br>**Fort Pierce, FL 34954-0400** | **June, 2009** | **surrender 2007 Chevrolet Silverado - approximate value $24,980.00** |

### 6. Assignments and receiverships

None ■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None ■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

### 7. Gifts

None ■   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8. Losses**

None ☐

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| **2005 Mack Truck** | **Auto accident - total loss - insurance recovery $87,858.00** | **March 2, 2009** |

**9. Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Snell & Snell, P.A.**<br>**436 N. Peninsula Dr.**<br>**Daytona Beach, FL 32118** | **June, 2009** | **$18,000.00 + $1039.00 filing fee** |

**10. Other transfers**

None ■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ■ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None ■ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or
     supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Lori Adams, Bookeeper**<br>**2300 Glenwood  Plantation Rd**<br>**Deland, FL 32720** | **2004-present** |
| **Friebis & Associates**<br>**3890 Turtle Creek Drive**<br>**Port Orange, FL 32127** | **2007-2008** |
| **Ranto Accounting Services**<br>**4142 Falling Leaf Drive**<br>**New Smyrna Beach, FL 32168** | **2000-2006** |

None
☐    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books
     of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **Friebis & Associates** | **3890 Turtle Creek Drive**<br>**Port Orange, FL 32127** | **2007-2008** |

None
☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records
     of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Lori Adams, Bookeeper** | **2300 Glenwood  Plantation Rd**<br>**Deland, FL 32720** |

None
■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was
     issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                        DATE ISSUED

**20. Inventories**

None
■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory,
     and the dollar amount and basis of each inventory.

DATE OF INVENTORY              INVENTORY SUPERVISOR

DOLLAR AMOUNT OF INVENTORY
(Specify cost, market or other basis)

None
■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY

NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
RECORDS

**21 . Current Partners, Officers, Directors and Shareholders**

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                     NATURE OF INTEREST                     PERCENTAGE OF INTEREST

None
☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Arthur Drewry**<br>**5964 Trailwood Dr.**<br>**Port Orange, FL 32129** | **President/Secretary/Treasurer** | **100 % Stockholder** |
| **Eric Drewry**<br>**4242 Hiddlen Lakes Drive**<br>**Port Orange, FL 32129** | **Vice President** | **none** |
| **Scott A. Drewry**<br>**422 Cactus Drive**<br>**Port Orange, FL 32129** | **Vice President** | **none** |

### 22 . Former partners, officers, directors and shareholders

None
■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

### 23 . Withdrawals from a partnership or distributions by a corporation

None
☐ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Scott Drewry**<br>**422 Cactus Street**<br>**Port Orange, FL 32129**<br>   **Vice President** | **2008 weekly** | **$2,115.00** |
| **Scott Drewry**<br>**422 Cactus Street**<br>**Port Orange, FL 32129**<br>   **Vice President** | **01/01/09-04/17/09 weekly** | **$1,395.00** |
| **Scott Drewry**<br>**422 Cactus Street**<br>**Port Orange, FL 32129**<br>   **Vice President** | **04/18/09-06/30/09 weekly** | **$900.00** |
| **Arthur Drewry P/S/T**<br>**100% Stockholder**<br>**5964 Trailwood Dr.**<br>**Port Orange, FL 32129**<br>   **President** | **2008 weekly gross** | **$4,170.00** |
| **Arthur Drewry P/S/T**<br>**100% Stockholder**<br>**5964 Trailwood Dr.**<br>**Port Orange, FL 32129**<br>   **President** | **01/01/09-05/01/09 weekly** | **$3,853.00** |

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Arthur Drewry P/S/T**<br>**100% Stockholder**<br>**5964 Trailwood Dr.**<br>**Port Orange, FL 32129**<br>   **President** | **05/02/09-06/30/09 weekly** | **$2,853.00** |
| **Eric Drewry**<br>**4242 Hidden Lakes Drive**<br>**Port Orange, FL 32129**<br>   **Vice President** | **2008 weekly** | **$1,550.00** |
| **Eric Drewry**<br>**4242 Hidden Lakes Drive**<br>**Port Orange, FL 32129**<br>   **Vice President** | **01/01/09-06/30/09 weekly** | **$1,395.00** |

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                      TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
☐

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                            TAXPAYER IDENTIFICATION NUMBER (EIN)
**John Hancock - Contract #48066**


## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP


I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.


Date   **July  1, 2009**                          Signature   **/s/ Scott A. Drewry**
                                                           **Scott A. Drewry**
                                                           **Vice President**


[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]


*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Middle District of Florida

In re    **Set Materials, Inc.**                              ,

                                      Debtor

Case No. _____

Chapter _____ **11** _____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Arthur Drewry, President**<br>**5964 Trailwood Drive**<br>**Port Orange, FL 32129** | **Common** | **100** | **100% stockholder** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Vice President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date____ **July 1, 2009** _____      Signature__ **/s/ Scott A. Drewry** _____

                                                    **Scott A. Drewry**

                                                    **Vice President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

__0__ continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## Middle District of Florida

In re   **Set Materials, Inc.**

Debtor(s)

Case No. _____

Chapter   **11**_____

# VERIFICATION OF CREDITOR MATRIX

I, the Vice President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **July 1, 2009**_____

**/s/ Scott A. Drewry**_____

**Scott A. Drewry/Vice President**
Signer/Title

Set Materials, Inc.
800 Hull Road
Ormond Beach, FL 32174

Bank of the West
P.O. Box 4002
Concord, CA 94524-4002

Certified Slings
PO Box 180127
Casselberry, FL 32718

Walter J. Snell
Snell and Snell, P.A.
436 N Peninsula Drive
Daytona Beach, FL 32118

Bechtol Engineering
605 W New York Avenue
Deland, FL 32720

Cintas Corp
PO Box 11765
Daytona Beach, FL 32120

A.O.K. Tire Mart
PO Box 1986
Sanford, FL 32772

Better Barricades, Inc
1725 Tiona Rd
New Smyrna Beach, FL 32168

Cintas Corp - Jacksonville
1595 Transport Court
Jacksonville, FL 32218

AC Hydraulics
405 Loomis Ave
Daytona Beach, FL 32114

Blacktop by Beede
4261 Cow Creek Road
Edgewater, FL 32141

Commerce Bank
PO Box 411705
Kansas City, MO 64141

Airgas South
PO Box 5326909
Atlanta, GA 30353

Boulevard Tire Center
816 South Woodland Blvd.
Deland, FL 32720

County of Volusia
123 W Indiana Ave
Deland, FL 32720

Arthur Drewry
5964 Trailwood Drive
Port Orange, FL 32127

Boulevard Tire Jacksonville
828 N Edgewood Ave
Jacksonville, FL 32254

Culligan Water
PO Box 9307
Daytona Beach, FL 32120

Arthur Drewry
5964 Trailwood Dr.
Port Orange, FL 32129

Brighthouse Networks
PO Box 628073
Orlando, FL 32862

East Coast Mobile Hydraulics
42 Holly Street
Ormond Beach, FL 32174

Asphalt Electrical Repair
PO Box 577
Polk City, FL 33868

Cat Financial Services
PO Box 730681
Dallas, TX 75373

Epperson & Company
8180 Normandy Blvd
Jacksonville, FL 32221

B&B Fastener
291 South Yonge St
Ormond Beach, FL 32174

Central Hydraulics
1580 N Nova Rd
Daytona Beach, FL 32114

Eric Drewry
4242 Hidden Lakes
Port Orange, FL 32129

| | | |
|---|---|---|
| Fairbanks Scales<br>PO Box 802796<br>Kansas City, MO 64180 | JJ Keller & Associates<br>PO Box 548<br>Neenah, WI 54957 | National City<br>PO Box 856176<br>Louisville, KY 40285 |
| FCC<br>PO Box 56347<br>Jacksonville, FL 32241 | Lease Corp of America<br>3150 Livernois, Ste 300<br>Troy, MI 48083 | National City Bnk<br>PO Box 856176<br>Louisville, KY 40285 |
| FCC Equipment<br>PO Box 56347<br>Jacksonville, FL 32241 | Lynch Oil Company<br>PO Box 4850667<br>Kissimmee, FL 34745 | Nextel<br>PO Box 4181<br>Carol Stream, IL 60197 |
| Financial Federal Credit<br>4225 Naperville Rd, Ste 265<br>Lisle, IL 60532 | Magness Machinery<br>PO Box 5020<br>Lakeland, FL 33807 | Nextran Orlando Mack<br>2220 W Landstreet<br>Orlando, FL 32809 |
| Florida Detroit Diesel<br>PO Box 16595<br>Jacksonville, FL 32245 | Magotteaux, Inc<br>725 Cool Springs Blvd<br>Franklin, TN 37067 | Nortrax<br>21310 Network Place<br>Chicago, IL 60673 |
| Ford Motor Credit Company<br>P.O. Box 105697<br>Atlanta, GA 30348-5697 | Miller Bros Tires<br>PO Box 3667<br>Irmo, SC 29063 | Pemberton, Inc<br>PO Box 52100<br>Longwood, FL 32752 |
| GMAC<br>PO Box 78234<br>Phoenix, AZ 85062 | Miller Wire Works<br>PO Box 610280<br>Birmingham, AL 35261 | Poob Development<br>PO Box 1626<br>Ormond Beach, FL 32174 |
| HD Supply<br>PO Box 535209<br>Atlanta, GA 30353 | Moore Medical<br>PO Box 2620<br>New Britain, CT 06050 | Power Screen of Florida, Inc<br>PO Box 5802<br>Lakeland, FL 33807 |
| Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114 | NAPA<br>PO Box 409043<br>Atlanta, GA 30384 | R & R Dozer<br>PO Box 731438<br>Ormond Beach, FL 32175 |

Raney's Truck Parts, Inc
PO Box 1478
Ocala, FL 34482

South Daytona Tractor
3000 A S. Ridgewood Ave
South Daytona, FL 32119

White Cap Construction
Dept 535209
Atlanta, GA 30353

Ringhaver
PO Box 116987
Atlanta, GA 30368

Sterling Nat'l Bank
PO Box 1570
New York, NY 10008

Wright Express
PO Box 6293
Carol Stream, IL 60197

Riverside Bank
PO Box 400
 34954

Sunshine State Community Ban
4777 Clyde Morris Boulevard
Port Orange, FL 32129

Zep Manufacturing
425 Franklin Rd, #530
Marietta, GA 30067

Riverside Bank
PO Box 400
Fort Pierce, FL 34954

SunTrust
PO Box 85160
Richmond, VA 23285

Safe
135 S La Salle St
Chicago, IL 60674

SunTurst Bank Card
P.O.Box 791250
Baltimore, MD 21279

Safety-Kleen
PO Box 650509
Dallas, TX 75265

Traxxis
1750 Highway 160 West
Fort Mill, SC 29708

Self Trucking
PO Box 214642
Daytona Beach, FL 32121

Universal Truck Parts
4171 LB McLeod
Orlando, FL 32811

Shell Oil Company
PO Box 9016
Des Moines, IA 50368

Waste Management
PO Box 9001054
Louisville, KY 40290

Signs Now
1757 N Nova Rd
Holly Hill, FL 32117

Westwind Contracting
3501 West Hallandale Beach B
Pembroke Park, FL 33023

# United States Bankruptcy Court
## Middle District of Florida

In re __Set Materials, Inc.__        Case No. _____

Debtor(s)     Chapter __11__

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept.................................................................... | $ | 18,000.00 |
| Prior to the filing of this statement I have received........................................................ | $ | 18,000.00 |
| Balance Due.................................................................................................................... | $ | 0.00 |

2. The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: __July 1, 2009__        __/s/ Walter J. Snell__

**Walter J. Snell**
**Snell and Snell, P.A.**
**436 N Peninsula Drive**
**Daytona Beach, FL 32118**
**386-255-5334  Fax: 386-255-5335**
**snellandsnell@mindspring.com**

---

# United States Bankruptcy Court
## Middle District of Florida

In re __Set Materials, Inc.__

Debtor(s)

Case No. _____

Chapter __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Set Materials, Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Arthur Drewry, President**
**5964 Trailwood Drive**
**Port Orange, FL 32129**

☐ None [*Check if applicable*]

__July  1, 2009__

Date

**/s/ Walter J. Snell**

**Walter J. Snell**

Signature of Attorney or Litigant

Counsel for __Set Materials, Inc.__

**Snell and Snell, P.A.**

**436 N Peninsula Drive**
**Daytona Beach, FL 32118**
**386-255-5334 Fax:386-255-5335**
**snellandsnell@mindspring.com**